NUMBER
13-11-00204-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MORRELL MASONRY
SUPPLY INC., ET AL.,                 APPELLANTS,

 

                                                             v.

 

SEAN FERGUSON AND
TIFFANY FERGUSON,                APPELLEES. 

____________________________________________________________

 

                             On
Appeal from the 9th District Court 

                                  of
Montgomery County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                           Before
Justices Benavides, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








This
cause is before the Court on the record and the parties’ joint motion to
dismiss appeal.  The parties request that this Court dismiss the appeal and
cross-appeal on grounds that the parties have reached an agreement to settle
and compromise their differences.  

The
Court, having considered the documents on file and the parties’ motion, is of
the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal and cross-appeal are hereby
DISMISSED.  In accordance with the agreement of the parties, costs are taxed
against the party incurring same.  See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal and
cross-appeal at joint request, no motion for rehearing will be entertained, and
our mandate will issue forthwith.

 

 

PER
CURIAM

Delivered and filed the 

4th day of August, 2011.